IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICK D. LANGE, as Chapter 7 Trustee for TierOne Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>as receiver for TierOne Bank,<br><br>Defendant. | No. 1:11-cv-01099 (RLW) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Rick D. Lange (the "Trustee"), solely as chapter 7 trustee for the bankruptcy estate of TierOne Corporation ("TONE"), and defendant Federal Deposit Insurance Corporation, as receiver for TierOne Bank (the "FDIC-Receiver"), by their undersigned attorneys, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS,

A.   On March 4, 2011, the Trustee filed the complaint in this action (the "Complaint") in the United States Bankruptcy Court for the District of Nebraska ("Bankruptcy Court"), Adv. Proc. No. 11-04018 (the "Adversary Proceeding");

B.   On April 7, 2011, the FDIC-Receiver moved to withdraw the reference of the Adversary Proceeding pursuant to 28 U.S.C. § 157(d), which the Trustee opposed. On May 27, 2011, the Bankruptcy Court issued a Report and Recommendation to the

1

United States District Court for the District of Nebraska (the "Nebraska District Court") recommending that the reference of the Adversary Proceeding be withdrawn;

  C. On June 6, 2011, the Nebraska District Court issued an agreed order (i) withdrawing the reference of the Adversary Proceeding "without regard to the merits of the Reference Withdrawal Motion and without adoption . . . of all or any part of the Report and Recommendation," and (ii) transferring the Adversary Proceeding to this Court;

  D. On June 17, 2011, the FDIC-Receiver filed its *Motion of Defendant FDIC-Receiver, to Dismiss Complaint for Lack of Subject Matter Jurisdiction* ("Motion to Dismiss") in this Court.

  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

  1. The above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

  2. The dismissal is without regard to the merits of the FDIC-Receiver's Motion to Dismiss presently pending before the Court.

  3. Without the Trustee conceding that the Court in which the action styled *Lange v. F.D.I.C.*, No. 1:11-cv-0472 (RLW) (the "FIRREA Action") is currently pending has jurisdiction of the Trustee's claims to the tax refunds in that action, the Trustee and the FDIC hereby agree that the Court in which the FIRREA Action is pending is a "court of competent jurisdiction" for the purpose of determining the parties' respective claims to tax refunds held in an escrow account that has been established in accordance with, and is governed by, the *Stipulation Between the Federal Deposit Insurance Corporation and the Chapter 7 Trustee Regarding Establishment of Escrow Account*, entered into on

August 23, 2010 and subsequently approved by the Bankruptcy Court on September 2, 2010, in TONE's bankruptcy case pending, Case No. BK10-41974-TLS (the "Escrow Stipulation").  The availability of assets in the receivership of TierOne Bank ("Receivership") or any determination the FDIC-Receiver may make that the Receivership's assets are insufficient to satisfy some or all of the claims against the Receivership shall have no effect on any disbursement and distribution of the funds in the escrow account as provided for under the Escrow Stipulation as the result of a final judgment in the FIRREA Action as to the respective entitlement of the parties to the funds held in the escrow account.

4. The Trustee and the FDIC-Receiver shall be bound by this Stipulation in this Adversary Proceeding and in the FIRREA Action and shall file a notice of this Stipulation in the FIRREA Action.

5. If the Trustee files another action other than the FIRREA Action in which he asserts identical or substantially similar claims against the FDIC-Receiver to those claims asserted in the Complaint in this action, the Trustee agrees to file such an action in the United States District Court for the District of Columbia and that this Stipulation shall be grounds for transfer to that Court of such an action that has been filed in any other court.

STIPULATED and AGREED to this 21st day of July, 2011.

Dated: July 21, 2011	Respectfully submitted,

  /s/ Benjamin P. Saul
Benjamin P. Saul

Andrew L. Sandler (Bar No. 387825)
Benjamin Klubes (Bar No. 428852)
Benjamin P. Saul (Bar No. 482699)
BuckleySandler LLP
1250 24th Street, NW
Washington, D.C. 20037
Tel.: 202.349.8000
Fax: 202.349.8080
asandler@buckleysandler.com
bklubes@buckleysandler.com
bsaul@buckleysandler.com

Special Counsel for Plaintiff and Chapter 7 Trustee Rick D. Lange

4

5

Of Counsel:                                            DLA PIPER LLP (US)

Kathryn R. Norcross                                    By:   /s/ John J. Clarke, Jr.
Senior Counsel                                              Laura L. Flippin
                                                            (D.C. Bar No. 457087)
Dennis Early                                                laura.flippin@dlapiper.com
Counsel                                                     Candice S. McPhillips
                                                            (D.C. Bar No. 483973)
Federal Deposit Insurance Corporation                       candice.mcphillips@dlapiper.com
3501 Fairfax Drive
Arlington, Virginia 22226                              500 8th Street, N.W.
(703) 562-2739                                         Washington, D.C. 20004
                                                       (202) 799-4000
Robert J. Bothe
Robert P. Diederich                                         -- and --
Suite 3700, First National Tower
1601 Dodge Street                                      John J. Clarke, Jr.
Omaha, Nebraska 68102-1627                             (admitted *pro hac vice*)
(402) 341-3070                                         john.clarke@dlapiper.com
                                                       DLA Piper LLP (US)
                                                       1251 Avenue of the Americas
                                                       New York, New York 10020
                                                       (212) 335-4500

                                                       Attorneys for Defendant
                                                       Federal Deposit Insurance Corporation,
                                                       as Receiver for TierOne Bank

## CERTIFICATE OF SERVICE

      I certify that I am one of the attorneys in this action for plaintiff and Chapter 7 Trustee Rick D. Lange, and that on July 21, 2011 I caused to be electronically filed the foregoing Stipulation with the Court's ECF system, which will cause service to be effected upon all counsel who have appeared in this action.

                                                  /s/ Benjamin P. Saul
                                              Benjamin P. Saul